Civil 02-336 (GEB)

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1156

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

Plaintiff-Appellant,

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC.,
and SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C.,

Defendants-Appellees.

RECEIVED

JUL 11 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

- - - - - - - - - - - - - - - - - - - - - - -

2007-1171

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

Plaintiff-Appellee,

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC.,
and SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C.,

Defendants-Appellants.

ON MOTION

ORDER

Upon consideration of Samsung Electronics Co., Ltd. et al.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 2007-1171 is dismissed. The revised official captions are reflected above.

(2) Each side shall bear its own costs related to appeal 2007-1171.

FOR THE COURT

/s/ Jan Horbaly

JUL 0 5 2007

Date

Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL - 5 2007

**JAN HORBALY
CLERK**

cc: Jack Q. Lever, Jr., Esq.
William K. West, Jr., Esq.

s8

ISSUED AS A MANDATE (as to 2007-1171 only): JUL 0 5 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By:_____ Date:_____   JUL -5 2007